| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-10638 / CMG**

Jo-Anne Young

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2020 | $1,037.00 | 65330250 | 03/04/2020 | $1,037.00 | 66150380 | 04/03/2020 | $1,037.00 | 66887730 |
| 05/04/2020 | $1,037.00 | 67640400 | 06/05/2020 | $1,037.00 | 68459550 | 07/02/2020 | $1,037.00 | 69125960 |
| 08/05/2020 | $1,037.00 | 69948790 | 09/03/2020 | $1,037.00 | 70632430 | 10/05/2020 | $1,037.00 | 71365630 |
| 11/05/2020 | $1,037.00 | 72148100 | 12/02/2020 | $1,037.00 | 72799250 | 01/05/2021 | $1,037.00 | 73595010 |
| 02/08/2021 | $1,037.00 | 74398570 | | | | | | |

**Total Receipts for the Period: $13,481.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $13,481.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jo-Anne Young | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT BRAVERMAN<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2018-2019 | Priority Creditors | $1,800.90 | $0.00 | $1,800.90 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $131.35 | $0.00 | $131.35 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  LIEN | Secured Creditors | $419.76 | $62.23 | $357.53 |
| 4 | PHILADELPHIA GAS WORKS<br>»»  GAS BILL | Unsecured Creditors | $49.27 | $0.00 | $49.27 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2015 LEXUS RX350/IN FULL | Debt Secured by Vehicle | $14,593.71 | $2,227.54 | $12,366.17 |
| 6 | Verizon by American InfoSource as Agent | Unsecured Creditors | $117.25 | $0.00 | $117.25 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $260.71 | $0.00 | $260.71 |
| 8 | MIDFIRST BANK<br>»»  P/33 TIDEWATER LN/1ST MTG/ORD 3/24/20 | Mortgage Arrears | $33,092.07 | $4,905.93 | $28,186.14 |
| 9 | ---- | | $0.00 | $0.00 | $0.00 |
| 10 | SLOMINS INC<br>»»  DC-005419-03 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10638 / CMG**

| **SUMMARY** |
|---|

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,481.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,445.70 | Current Monthly Payment: | $1,037.00 |
| Paid to Trustee: | $1,087.82 | Arrearages: | $0.00 |
| Funds on Hand: | $1,947.48 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**