| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 20-10638 / CMG

Jo-Anne Young

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/05/2021 | $1,037.00 | 73595010 | 02/08/2021 | $1,037.00 | 74398570 | 03/05/2021 | $1,037.00 | 75057430 |
| 04/13/2021 | $1,037.00 | 75935580 | 06/01/2021 | $1,037.00 | 77041800 | 07/12/2021 | $1,037.00 | 77986210 |
| 07/28/2021 | $1,037.00 | 78371630 | 08/23/2021 | $1,037.00 | 78975470 | 09/27/2021 | $1,037.00 | 79726300 |
| 11/08/2021 | $1,037.00 | 80705100 | 12/15/2021 | $1,037.00 | 81472090 | 01/24/2022 | $1,037.00 | 82294310 |

**Total Receipts for the Period: $12,444.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $23,851.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jo-Anne Young | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | ROBERT BRAVERMAN<br>»»  ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2018-2019 | Priority Crediors | $1,800.90 | $0.00 | $1,800.90 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $131.35 | $0.00 | $131.35 |
| 3 | PHILADELPHIA GAS WORKS<br>»»  LIEN | Secured Creditors | $419.76 | $154.47 | $265.29 |
| 4 | PHILADELPHIA GAS WORKS<br>»»  GAS BILL | Unsecured Creditors | $49.27 | $0.00 | $49.27 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»»  2015 LEXUS RX350/IN FULL | Debt Secured by Vehicle | $14,593.71 | $5,418.26 | $9,175.45 |
| 6 | Verizon by American InfoSource as Agent | Unsecured Creditors | $117.25 | $0.00 | $117.25 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $260.71 | $0.00 | $260.71 |
| 8 | MIDFIRST BANK<br>»»  P/33 TIDEWATER LN/1ST MTG/ORD 3/24/20 | Mortgage Arrears | $33,092.07 | $12,178.57 | $20,913.50 |
| 9 | ---- | | $0.00 | $0.00 | $0.00 |
| 10 | SLOMINS INC<br>»»  DC-005419-03 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10638 / CMG**

### SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $23,851.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $21,001.30 | Current Monthly Payment: | $1,037.00 |
| Paid to Trustee: | $1,899.81 | Arrearages: | $2,074.00 |
| Funds on Hand: | $949.89 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

