| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 20-10638 / CMG

Jo-Anne Young

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $1,037.00 | 82294310 | 02/22/2022 | $1,037.00 | 82890040 | 04/06/2022 | $1,037.00 | 83898540 |
| 05/02/2022 | $1,037.00 | 84396610 | 06/24/2022 | $1,037.00 | 85439120 | 07/01/2022 | $1,037.00 | 85624660 |
| 07/22/2022 | $1,037.00 | 86015250 | 08/10/2022 | $3,111.00 | 86419250 | 10/04/2022 | $1,037.00 | 87390190 |
| 11/02/2022 | $1,037.00 | 88054550 | 12/02/2022 | $1,037.00 | 88616290 | 02/01/2023 | $1,037.00 | 89702190 |
| 02/17/2023 | $1,037.00 | 90045890 | | | | | | |

**Total Receipts for the Period:  $15,555.00   Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $38,369.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jo-Anne Young | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Braverman, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE »» 2018-2019 | Priority Crediors | $1,800.90 | $0.00 | $1,800.90 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $131.35 | $0.00 | $131.35 |
| 3 | PHILADELPHIA GAS WORKS »» LIEN | Secured Creditors | $419.76 | $271.12 | $148.64 |
| 4 | PHILADELPHIA GAS WORKS »» GAS BILL | Unsecured Creditors | $49.27 | $0.00 | $49.27 |
| 5 | TOYOTA MOTOR CREDIT CORP »» 2015 LEXUS RX350/IN FULL | Debt Secured by Vehicle | $14,593.71 | $9,453.17 | $5,140.54 |
| 6 | Verizon by American InfoSource as Agent | Unsecured Creditors | $117.25 | $0.00 | $117.25 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $260.71 | $0.00 | $260.71 |
| 8 | MIDFIRST BANK »» P/33 TIDEWATER LN/1ST MTG/ORD 3/24/20 | Mortgage Arrears | $33,092.07 | $21,375.28 | $11,716.79 |
| 9 | ---- | | $0.00 | $0.00 | $0.00 |
| 10 | SLOMINS INC »» DC-005419-03 | Unsecured Creditors No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10638 / CMG**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,369.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $34,349.57 | Current Monthly Payment: | $1,037.00 |
| Paid to Trustee: | $3,057.09 | Arrearages: | $1,037.00 |
| Funds on Hand: | $962.34 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*!  **Register today at www.ndc.org or**
**scan this code to get started.**

