| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-10638 / CMG**

Jo-Anne Young

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/03/2020

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2023 | $1,037.00 | 89702190 | 02/17/2023 | $1,037.00 | 90045890 | 04/03/2023 | $1,037.00 | 90911180 |
| 05/19/2023 | $2,074.00 | 91750320 | 07/03/2023 | $1,037.00 | 92545450 | 08/03/2023 | $1,037.00 | 93089800 |
| 10/03/2023 | $2,074.00 | 94074550 | 11/27/2023 | $1,037.00 | 95001480 | 12/01/2023 | $1,037.00 | 95101370 |

**Total Receipts for the Period:  $11,407.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $47,702.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Jo-Anne Young | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 | Priority Creditors | $1,800.90 | $0.00 | $1,800.90 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $131.35 | $0.00 | $131.35 |
| 3 | PHILADELPHIA GAS WORKS<br>»» LIEN | Secured Creditors | $419.76 | $354.83 | $64.93 |
| 4 | PHILADELPHIA GAS WORKS<br>»» GAS BILL | Unsecured Creditors | $49.27 | $0.00 | $49.27 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 2015 LEXUS RX350/IN FULL | Debt Secured by Vehicle | $14,593.71 | $12,348.32 | $2,245.39 |
| 6 | Verizon by American InfoSource as Agent | Unsecured Creditors | $117.25 | $0.00 | $117.25 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $260.71 | $0.00 | $260.71 |
| 8 | MIDFIRST BANK<br>»» P/33 TIDEWATER LN/1ST MTG/ORD 3/24/20 | Mortgage Arrears | $33,092.07 | $27,974.17 | $5,117.90 |
| 9 | ---- | | $0.00 | $0.00 | $0.00 |
| 10 | SLOMINS INC<br>»» DC-005419-03 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10638 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $47,702.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $43,927.32 | Current Monthly Payment: | $1,037.00 |
| Paid to Trustee: | $3,774.68 | Arrearages: | $2,074.00 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE***! Register today at www.ndc.org or scan this code to get started.**

