| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br>In Re: JO-ANNE YOUNG<br>    DEBTOR | Case No.:     <u>20-10638</u><br><br>Chapter:      <u>13</u><br><br>Judge:        <u>Gravelle, Christine M.</u> |

# CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.

**Party's name/type:**    Toyota Motor Credit Corporation, Creditor

    **Old Notice Address 1**: Toyota Motor Credit Corporation
                                    PO Box 8026
                                    Cedar Rapids, Iowa 52408-8026
                                    Phone: (800) 874-8822

    **And/Or**

    **Old Notice Address 2:**  _____
                                   _____
                                   _____

    **New Notice Address**: Toyota Motor Credit Corporation
                                  PO Box 8026
                                  Cedar Rapids, Iowa 52408-8026
                                  Phone: (800) 874-8822

3521-N-5762

**Old Payment Address 1**: Toyota Motor Credit Corporation
PO Box 9490
Cedar Rapids, Iowa 52409-9490
Phone: (800) 874-8822

**And/Or**

**Old Payment Address 2:**  _____
_____
_____

**New Payment Address**: Toyota Motor Credit Corporation
PO Box 4700
Phoenix, AZ 85030
Phone: (800) 874-8822

I hereby certify under penalty of perjury that the above information is true.

Date:   06/25/2024                                              /s/ Natalie Lea
                                                                                 Signature

3521-N-5762