| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
### Chapter 13 Case No. 20-10638 / MEH

Jo-Anne Young

Petition Filed Date: 01/15/2020
341 Hearing Date: 02/13/2020
Confirmation Date: 06/03/2020

Case Status: **Completed on 1/ 9/2025**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/01/2024 | $2,074.00 | 96109810 | 02/28/2024 | $1,037.00 | 96532270 | 03/22/2024 | $1,037.00 | 96954250 |
| 05/10/2024 | $1,037.00 | 97775520 | 06/03/2024 | $1,037.00 | 98043410 | 07/22/2024 | $1,037.00 | 98911410 |
| 08/16/2024 | $1,037.00 | 99319920 | 12/23/2024 | $2,247.32 | 10128219 | | | |

**Total Receipts for the Period: $10,543.32    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,245.32**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Jo-Anne Young | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Braverman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 | Priority Creditors | $1,800.90 | $336.89 | $1,464.01 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $131.35 | $0.00 | $131.35 |
| 3 | PHILADELPHIA GAS WORKS<br>»» LIEN | Secured Creditors | $419.76 | $419.76 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» GAS BILL | Unsecured Creditors | $49.27 | $0.00 | $49.27 |
| 5 | TOYOTA MOTOR CREDIT CORPORATION<br>»» 2015 LEXUS RX350/IN FULL | Debt Secured by Vehicle | $14,593.71 | $14,593.71 | $0.00 |
| 6 | Verizon by American InfoSource as Agent | Unsecured Creditors | $117.25 | $0.00 | $117.25 |
| 7 | Verizon by American InfoSource as Agent | Unsecured Creditors | $260.71 | $0.00 | $260.71 |
| 8 | MIDFIRST BANK<br>»» P/33 TIDEWATER LN/1ST MTG/ORD 3/24/20 | Mortgage Arrears | $33,092.07 | $33,092.07 | $0.00 |
| 9 | ---- | | $0.00 | $0.00 | $0.00 |
| 10 | SLOMINS INC<br>»» DC-005419-03 | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 20-10638 / MEH**

| SUMMARY |
|---|
| **Your case was Completed on 1/09/2025.** |
| Summary of all receipts and disbursements from date filed through 1/09/2025: |

|  |  |
|---|---|
| Total Receipts: | $58,245.32 |
| Paid to Claims: | $51,692.43 |
| Paid to Trustee: | $4,496.59 |
| Funds on Hand: | $2,056.30 |