**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jo-Anne Young<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx-xx-2839<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   20-10638-MEH

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Jo-Anne Young

   6/13/25                                              **By the court:** Mark Edward Hall
                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

   ♦ debts that are domestic support
     obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
     in 11 U.S.C. §§ 507(a)(8)( C),
     523(a)(1)(B), or 523(a)(1)(C) to the
     extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-10638-MEH |
| Jo-Anne Young | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 13, 2025 | Form ID: 3180W | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jo-Anne Young, 33 Tidewater Lane, Willingboro, NJ 08046-3817 |
| 518661597 | + | City of Philadelphia Office of, Property Assessments, 601 Walnut St, #300w, Philadelphia, PA 19106-3352 |
| 518661602 | + | KML Law Group, PC, Attn: Kristina G. Murtha, Esq., 216 Haddon Ave., Suite 406, Westmont, NJ 08108-2812 |
| 518661605 | + | O'Brien & Taylor, c/o Slomins Inc., Attn: Jerome F. O'Brien, Esq., 175 Fairfield Ave #2A, Caldwell, NJ 07006-6415 |
| 518872554 | + | Slomin's Inc., c/o Jerome F. O'Brien, ESQ., Attorney for Claimant, P.O. Box 505, West Caldwell, NJ 07007-0505 |
| 518661610 | | Township of Willingboro, Attn: Tax Office, 1 Rev Dr Martin Luther King Jr Dr, Willingboro, NJ 08046-2853 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518661598 | + | EDI: COMCASTCBLCENT | Jun 14 2025 01:09:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 518661596 | + | Email/Text: ecourts.col_efilings@fskslaw.com | Jun 13 2025 21:31:00 | Cacv of New Jersey, c/o Fein Such Kahn & Shepard, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4609 |
| 518661599 | | Email/Text: bankruptcycourts@equifax.com | Jun 13 2025 21:32:00 | Equifax Information Services, PO Box 740241, Atlanta, GA 30348 |
| 518661600 | ^ | MEBN | Jun 13 2025 21:22:06 | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518661601 | + | EDI: IRS.COM | Jun 14 2025 01:09:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518778716 | + | EDI: AISMIDFIRST | Jun 14 2025 01:09:00 | MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518661603 | + | EDI: AISMIDFIRST | Jun 14 2025 01:09:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 518661604 | | Email/Text: paula.tilley@nrsagency.com | Jun 13 2025 21:31:00 | Natiowide Recovery Service, Attn: Bankruptcy, Po Box 8005, Cleveland, TN 37320 |
| 518661606 | ^ | MEBN | Jun 13 2025 21:23:45 | PSE&G, ATTN: Bankruptcy Dept, PO Box 709, Newark, NJ 07101-0709 |
| 518747760 | ^ | MEBN | Jun 13 2025 21:22:47 | Philadelphia Gas Works, 800 W. Montgomery Ave., Philadelphia, PA 19122-2898 |
| 518661608 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jun 13 2025 21:31:00 | State of New Jersey Division of Taxation, |

Case 20-10638-MEH    Doc 36    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 3180W | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy Section, PO Box 245, Trenton, NJ 08695 |
| 518661607 | + | Email/Text: bankruptcy@sw-credit.com | Jun 13 2025 21:33:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518661609 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Jun 13 2025 21:32:00 | Sunrise Credit Services, Inc., Attn: Bankruptcy, 260 Airport Plaza, Farmingdale, NY 11735-3946 |
| 518661611 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 13 2025 21:32:00 | Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 518753783 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 13 2025 21:31:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518661612 | ^ | MEBN | Jun 13 2025 21:22:35 | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518661613 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 13 2025 21:34:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 518757633 | + | EDI: AIS.COM | Jun 14 2025 01:09:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518661614 | + | EDI: VERIZONCOMB.COM | Jun 14 2025 01:09:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jun 15, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Midland Mortgage dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Braverman | on behalf of Debtor Jo-Anne Young rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;jmiller@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com. |

District/off: 0312-3      User: admin      Page 3 of 3
Date Rcvd: Jun 13, 2025      Form ID: 3180W      Total Noticed: 27

Thomas G. Egner
     on behalf of Debtor Jo-Anne Young tegner@mcdowelllegal.com
     tcuccuini@mcdowelllegal.com;kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;jmiller@mcdowelllegal.com;egnertr62202@notify.bestcase.com

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6